# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

CARL DAVIS, JR.
ADC #153237                                                                                   PLAINTIFF

4:20CV00336-JM-PSH

DEXTER PAYNE, et al.                                                                   DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Patricia S. Harris. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1.      Defendants Malcom and Duke are dismissed without prejudice for lack of service.

IT IS SO ORDERED this 9th day of November, 2020.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

1