# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**CARL DAVIS JR.**                                            **PLAINTIFF**
**ADC #80431**

v.             No: 4:20-cv-00336 JM-PSH

**DEXTER PAYNE,** *et al.*                                **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. Mr. Payne asks the Court to grant a stay of his case so that he may properly exhaust his state remedies. However, the Court of Appeal of the Eighth Circuit has made it clear that "[i]f exhaustion was not completed at the time of filing, dismissal is mandatory." *Johnson v. Jones*, 340 F.3d 624, 627 (8th Cir. 2003) After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

(1)  Davis' claim that Jason Kelley failed to take corrective action after Davis submitted Grievance VU-16-01051 in October 2016, is dismissed with prejudice as time-barred;

(2)  Davis' claims regarding treatment provided by Dr. Steven Stringfellow on October 4, 2016, and February 28, 2017, are dismissed with prejudice as time-barred;

(3)  Davis' claims against Dexter Payne are dismissed without prejudice due to Davis' failure to exhaust available administrative remedies;

(4)  Davis' claims against Warden James Shipman are dismissed without prejudice due to Davis' failure to exhaust available administrative remedies;

(5)  Davis' claim that Jason Kelley failed to take corrective action in July 2017 are dismissed without prejudice due to Davis' failure to exhaust available administrative remedies;

(6)  Davis' claims against Sondra Parker are dismissed without prejudice due to Davis' failure to exhaust available administrative remedies;

(7)  Davis' claims against Lisa Smith are dismissed without prejudice due to Davis' failure to exhaust available administrative remedies;

(8) Davis' claims against Dr. Shannon Wright Clark are limited to the treatment provided by her on July 12 and 17, 2018, as described in VU-18-000412 and VU-18-00529; and

(9) Davis' claims against Cortney Miller are limited to the treatment provided by Miller on September 11, 2018, as described in VU-18-00529.

DATED this 8th day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE