IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CARL DAVIS, JR.**  **PLAINTIFF**
**ADC #80431**

v. No: 4:20-cv-00336 JM-PSH

**RORY GRIFFIN,** *et al.* **DEFENDANTS**

## ORDER

Before the Court is a Motion to Dismiss by Reason of Settlement filed by Defendant Rory Griffin (Doc. No. 139). The parties have entered into a settlement agreement and agree to dismiss this case with prejudice. The terms of the parties' settlement were read into the record on December 7, 2022. *See* Doc. No. 135. The Motion to Dismiss is GRANTED and the case is dismissed with prejudice. The Court retains jurisdiction to enforce the terms of the settlement agreement, if necessary.

IT IS SO ORDERED this 13th day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE