## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**CARL DAVIS, JR.**                                                          **PLAINTIFF**
**ADC #80431**

**v.**                              **No: 4:20-cv-00336 JM-PSH**

**RORY GRIFFIN,** *et al.*                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice.

DATED this 13th day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE